UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RAIZY FELBERBAUM, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MANDARICH LAW GROUP, LLP,<br><br>Defendant. | Case No: 1:19-cv-04249-KAM-VMS |

## NOTICE OF APPEAL

Notice is hereby given that RAIZY FELBERBAUM, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on the 31st day of January, 2022.

DATED: March 2, 2022

                                            **SANDERS LAW GROUP**

                                            By:  */s/ Craig B. Sanders*
                                            Craig B. Sanders, Esq.
                                            100 Garden City Plaza, Suite 500
                                            Garden City, NY 11530
                                            Tel: (516) 203-7600
                                            Email: csanders@sanderslaw.group
                                            File No.: 117780
                                            *Attorneys for Plaintiff*

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:19–cv–04249–KAM–VMS

| | |
|---|---|
| Felberbaum v. Mandarich Law Group, LLP<br>Assigned to: Judge Kiyo A. Matsumoto<br>Referred to: Magistrate Judge Vera M. Scanlon<br>Cause: 15:1692 Fair Debt Collection Act | Date Filed: 07/23/2019<br>Date Terminated: 01/31/2022<br>Jury Demand: Plaintiff<br>Nature of Suit: 480 Consumer Credit<br>Jurisdiction: Federal Question |

**Plaintiff**

**Raizy Felberbaum**
*individually and on behalf of all others similarly situated,*

represented by **David M. Barshay**
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road
Suite Cl18
Melville, NY 11747
631–210–7272
Fax: 516–706–5055
Email: dbarshay@brlfirm.com
*TERMINATED: 12/03/2020*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joenni Abreu**
Sanders Law Group
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516–203–7600
Email: JAbreu@sanderslaw.group
*ATTORNEY TO BE NOTICED*

**Jonathan Mark Cader**
Sanders Law Group
100 Garden City Plaza
Ste 5th Floor
Garden City, NY 11530
516–203–7600
Email: jcader@sanderslaw.group
*ATTORNEY TO BE NOTICED*

**Craig B. Sanders**
Sanders Law Group
100 Garden City Plaza
Suite 500
Garden City, NY 11530
516–203–7600
Fax: 516–282–7878
Email: csanders@sanderslaw.group
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Mandarich Law Group, LLP**

represented by **Luke Chamberlain**
Messer Strickler, Ltd.
225 W Washington Street
Ste. 575
Chicago, IL 60606
312–334–3469
Email: lchamberlain@messerstrickler.com

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Stephanie Strickler**
Messer Strickler Burnette, Ltd.
142 w Station St
Barrington, IL 60010
312–334–3465
Email: sstrickler@messerstrickler.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 07/23/2019 | 1 | COMPLAINT against Mandarich Law Group, LLP filing fee $ 400, receipt number ANYEDC–11691651 Was the Disclosure Statement on Civil Cover Sheet completed –NO,, filed by Raizy Felberbaum. (Attachments: # 1 Exhibit 1, # 2 Civil Cover Sheet, # 3 Proposed Summons) (Sanders, Craig) (Entered: 07/23/2019) |
| 07/23/2019 | 2 | NOTICE of Appearance by David M. Barshay on behalf of Raizy Felberbaum (aty to be noticed) (Barshay, David) (Entered: 07/23/2019) |
| 07/23/2019 |   | Case assigned to Judge Kiyo A. Matsumoto and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Bowens, Priscilla) (Entered: 07/25/2019) |
| 07/23/2019 | 3 | Summons Issued as to Mandarich Law Group, LLP. (Bowens, Priscilla) (Entered: 07/25/2019) |
| 07/25/2019 | 4 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Bowens, Priscilla) (Entered: 07/25/2019) |
| 07/25/2019 | 5 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made, if any. (Bowens, Priscilla) (Entered: 07/25/2019) |
| 08/15/2019 | 6 | SUMMONS Returned Executed by Raizy Felberbaum. Mandarich Law Group, LLP served on 8/7/2019, answer due 8/28/2019. (Barshay, David) (Entered: 08/15/2019) |
| 08/28/2019 | 7 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–11799621. by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 08/28/2019) |
| 08/28/2019 | 8 | ANSWER to 1 Complaint, by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 08/28/2019) |
| 08/28/2019 | 9 | Corporate Disclosure Statement by Mandarich Law Group, LLP (Strickler, Stephanie) (Entered: 08/28/2019) |
| 08/28/2019 | 10 | Letter by Mandarich Law Group, LLP (Attachments: # 1 Revised Pro Hac Vice Application) (Strickler, Stephanie) (Entered: 08/28/2019) |
| 08/29/2019 | 11 | SCHEDULING ORDER: As set forth in the attached Order, an Initial Conference is scheduled for 10/17/2019 at 12:30 PM before Magistrate Judge Scanlon in Courtroom 13A South. Plaintiff's counsel is directed to confirm with Defendant's counsel that all necessary participants are aware of this conference. Plaintiff must appear in person for the conference. Counsel must complete the attached joint proposed scheduling order |

| | | |
|---|---|---|
| | | and file on ECF no later than 10/10/2019. Any requests for adjournment must be made in writing on notice to opposing parties, and must disclose whether all parties consent. No request for adjournment will be considered unless made at least forty–eight (48) hours before the scheduled conference unless in an emergency. Ordered by Magistrate Judge Vera M. Scanlon on 8/29/2019. (Quinlan, Krista) (Entered: 08/29/2019) |
| 08/29/2019 | | ORDER granting 7 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that s/he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 8/29/2019. (Oliner, Daniel) (Entered: 08/29/2019) |
| 10/03/2019 | 12 | Letter MOTION to Appear by Telephone by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 10/03/2019) |
| 10/03/2019 | 13 | Proposed Scheduling Order by Mandarich Law Group, LLP (Strickler, Stephanie) (Entered: 10/03/2019) |
| 10/04/2019 | | ORDER granting in part and denying in part 12 Motion to Appear by Telephone. Counsel for Defendant may appear by telephone by calling into Chambers at (718) 613–2300. All others must appear in–person. Ordered by Magistrate Judge Vera M. Scanlon on 10/4/2019. (Quinlan, Krista) (Entered: 10/04/2019) |
| 10/04/2019 | 14 | MOTION to Appear by Telephone by Raizy Felberbaum. (Barshay, David) Modified on 10/7/2019 to correct motion type. (Quinlan, Krista). (Entered: 10/04/2019) |
| 10/07/2019 | | ORDER granting 14 Motion to Appear by Telephone. Plaintiff may appear by telephone by calling into Chambers at (718) 613–2300. Ordered by Magistrate Judge Vera M. Scanlon on 10/7/2019. (Quinlan, Krista) (Entered: 10/07/2019) |
| 10/15/2019 | | RE–SCHEDULING ORDER: Due to a scheduling conflict, the Initial Conference set for 10/17/2019 will begin at 12:00 PM (not 12:30 PM) in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. Counsel are to confirm amongst themselves that all are aware of this change. Ordered by Magistrate Judge Vera M. Scanlon on 10/15/2019. (Quinlan, Krista) (Entered: 10/15/2019) |
| 10/16/2019 | 15 | NOTICE of Appearance by Jonathan Mark Cader on behalf of Raizy Felberbaum (aty to be noticed) (Cader, Jonathan) (Entered: 10/16/2019) |
| 10/17/2019 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Initial Conference Hearing held on 10/17/2019 in Courtroom 13A South. Jonathan Cader appearing with Plaintiff (via telephone). Stephanie Strickler (via telephone) appearing for Defendant. See separate docket entry for Order issuing from this proceeding. (FTR Log #12:29–12:46.) (Quinlan, Krista) (Entered: 10/18/2019) |
| 10/17/2019 | 16 | SCHEDULING ORDER: As discussed during the 10/17/2019 conference (see attached order for additional detail and deadlines), all discovery must be completed by 2/28/2020. On or before 2/28/2020, the Parties will file a joint status report letter confirming that discovery is complete. On or before 3/31/2020, the Parties will initiate any dispositive motions in accordance with the Individual Rules of the District Judge. On or before 4/24/2020, the Parties will file their joint Proposed Pretrial Order. An in person Status Conference is set for 2/25/2020 at 10:00 AM in Courtroom 13A South before Magistrate Judge Vera M. Scanlon. On or before 2/18/2020, the Parties will file a joint status report letter, of no more than three pages, identifying any outstanding discovery disputes. Ordered by Magistrate Judge Vera M. Scanlon on 10/17/2019. (Quinlan, Krista) (Entered: 10/18/2019) |
| 02/21/2020 | 17 | STATUS REPORT *Joint* and Motion to Adjourn Conference or Convert to Telephone Conference by Mandarich Law Group, LLP (Strickler, Stephanie). Modified on 2/21/2020 to add motion events (Oliner, Daniel). (Entered: 02/21/2020) |
| 02/21/2020 | | ORDER granting in part and denying in part 17 Motion to Adjourn Conference. The parties' request to adjourn the 2/25/2020 conference is denied, but the parties' request to appear by telephone instead of in person is granted. Plaintiff's counsel is to organize a conference call, then phone Chambers at (718) 613–2300 with all counsel on the line. Ordered by Magistrate Judge Vera M. Scanlon on 2/21/2020. (Oliner, Daniel) |

| | | |
|---|---|---|
| | | (Entered: 02/21/2020) |
| 02/24/2020 | 18 | MOTION to Appear Pro Hac Vice Filing fee $ 150, receipt number ANYEDC–12433831. by Mandarich Law Group, LLP. (Chamberlain, Luke) (Entered: 02/24/2020) |
| 02/25/2020 | | ORDER granting 18 Motion for Leave to Appear Pro Hac Vice. The attorney shall register for ECF, registration is available online at www.pacer.gov. Once registered, the attorney shall file a notice of appearance and ensure that he receives electronic notification of activity in this case. Also, the attorney shall ensure the $150 admission fee is submitted to the Clerks Office via filing the event *Pro Hac Vice Filing Fee*. Ordered by Magistrate Judge Vera M. Scanlon on 2/25/2020. (Quinlan, Krista) (Entered: 02/25/2020) |
| 02/25/2020 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 2/25/2020 in Courtroom 13A South. Jonathan Cader appearing for Plaintiff. Luke Chamberlain appearing for Defendant. See separate docket entry for Order issuing from this proceeding. (FTR Log #10:09–10:27.) (Quinlan, Krista) (Entered: 02/25/2020) |
| 02/25/2020 | 19 | SCHEDULING ORDER: As discussed during the 2/25/2020 conference (see attached order for additional detail and deadlines), all discovery must be completed by 3/31/2020. On or before 3/31/2020, the Parties will file a joint status report letter confirming that discovery is complete. On or before 4/30/2020, the Parties will initiate any dispositive motions in accordance with the Individual Rules of the District Judge. On or before 5/29/2020, the Parties will file their joint Proposed Pretrial Order. As to the deposition of Defendant, it may be taken by video at Plaintiff's counsel's option, or in Chicago. To accommodate the deposition, discovery is extended for this purpose only to 3/31/2020. Any additional cost attributable to the video aspect by Plaintiff counsel, (and may not be transferred to Defendant counsel in any fee or cost application.) Ordered by Magistrate Judge Vera M. Scanlon on 2/25/2020. (Quinlan, Krista) (Entered: 02/25/2020) |
| 03/16/2020 | 20 | Letter MOTION for Sanctions by Mandarich Law Group, LLP. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D) (Strickler, Stephanie) (Entered: 03/16/2020) |
| 03/18/2020 | | SCHEDULING ORDER: A Telephone Conference is set for 3/25/2020 at 3:30 PM before Magistrate Judge Vera M. Scanlon. The Parties are to call 877–336–1829 and type in the access code 3581283. Counsel should have several dates for the availability of the witness for a video deposition. Ordered by Magistrate Judge Vera M. Scanlon on 3/18/2020. (Quinlan, Krista) (Entered: 03/18/2020) |
| 03/25/2020 | | Minute Entry for proceedings held before Magistrate Judge Vera M. Scanlon:Telephone Conference held on 3/25/2020. Jonathan Mark Cader appearing for Plantiff. Stephanie Strickler appearing for Defendant. See separate docket entry for Order issuing from this proceeding. (FTR Log #3:32–3:56.) (Quinlan, Krista) (Entered: 04/01/2020) |
| 03/25/2020 | | ORDER denying 20 Motion for Sanctions. SCHEDULING ORDER: For the reasons stated on the record, the discovery motion at 20 is denied, and the discovery deadline is extended to 6/30/2020. Counsel are to file a letter confirming that discovery is complete by 6/30/2020. Dispositive motion practice to commence by the end of July. Ordered by Magistrate Judge Vera M. Scanlon on 3/25/2020. (Quinlan, Krista) (Entered: 04/01/2020) |
| 06/30/2020 | 21 | Letter MOTION for Extension of Time to Complete Discovery *Joint* by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 06/30/2020) |
| 07/01/2020 | | ORDER granting joint 21 Motion for Extension of Time to Complete Discovery. All discovery must be completed by 7/31/2020. On or before 7/31/2020, the Parties will file a joint status report letter confirming that discovery is complete. Ordered by Magistrate Judge Vera M. Scanlon on 7/1/2020. (Quinlan, Krista) (Entered: 07/01/2020) |
| 07/31/2020 | 22 | Letter *Joint, Confirming Completion of Discovery* by Mandarich Law Group, LLP (Strickler, Stephanie) (Entered: 07/31/2020) |

| | | |
|---|---|---|
| 08/03/2020 | | Order Certifying Discovery is complete. Per the letter at 22 , discovery is certified as complete. Ordered by Magistrate Judge Vera M. Scanlon on 8/3/2020. (Quinlan, Krista) (Entered: 08/03/2020) |
| 12/02/2020 | 23 | MOTION to Withdraw as Attorney by Raizy Felberbaum. (Barshay, David) (Entered: 12/02/2020) |
| 12/03/2020 | | ORDER granting 23 Motion to Withdraw as Attorney. Attorney David M. Barshay terminated. Ordered by Magistrate Judge Vera M. Scanlon on 12/3/2020. (Quinlan, Krista) (Entered: 12/03/2020) |
| 04/02/2021 | | ORDER: Discovery in this matter has been complete since July 2020. By no later than April 9, 2021, the parties shall file a joint status letter indicating how they intend to proceed. Ordered by Judge Kiyo A. Matsumoto on 4/2/2021. (Mayer, Michael) (Entered: 04/02/2021) |
| 04/09/2021 | 24 | Letter *Joint Status* by Mandarich Law Group, LLP (Strickler, Stephanie) (Entered: 04/09/2021) |
| 04/09/2021 | | ORDER re 24 Joint Status Letter: Pursuant to the undersigned's individual practices, the parties shall request a pre−motion conference before filing their cross−motions for summary judgment. (*See* Practices III(B)(1) and III(B)(3), https://www.nyed.uscourts.gov/pub/rules/KAM−MLR.pdf.) Accordingly, the parties shall file their respective pre−motion conference requests, accompanied by Rule 56.1 statements, by April 23, 2021. The parties will then have 15 business days to respond to the opposing parties' pre−motion conference request. Ordered by Judge Kiyo A. Matsumoto on 4/9/2021. (Mayer, Michael) (Entered: 04/09/2021) |
| 04/23/2021 | 25 | Letter MOTION for pre motion conference re Scheduling Order,, by Mandarich Law Group, LLP. (Attachments: # 1 Rule 56.1 Statement, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D) (Strickler, Stephanie) (Entered: 04/23/2021) |
| 04/23/2021 | 26 | MOTION for pre motion conference *seeking leave to file a motion for summary judgment* by Raizy Felberbaum. (Attachments: # 1 Declaration of Jonathan M. Cader in Support, # 2 Exhibit 1 to Cader Declaration, # 3 Exhibit 2 to Cader Declaration, # 4 Exhibit 3 to Cader Declaration, # 5 Exhibit 4 to Cader Declaration, # 6 Declaration of Raizy Felberbaum, # 7 Rule 56.1 Statement) (Cader, Jonathan) (Entered: 04/23/2021) |
| 05/14/2021 | 27 | RESPONSE in Opposition re 26 MOTION for pre motion conference *seeking leave to file a motion for summary judgment* filed by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 05/14/2021) |
| 05/14/2021 | 28 | RESPONSE in Opposition re 25 Letter MOTION for pre motion conference re Scheduling Order,, filed by Raizy Felberbaum. (Attachments: # 1 Rule 56.1 Statement) (Cader, Jonathan) (Entered: 05/14/2021) |
| 05/19/2021 | | ORDER granting Motions at 25 and 26 for Pre Motion Conference. The court will hold a telephonic pre−motion conference on **June 2, 2021** at **10:30 am**. The parties should dial into the conference by calling 1−888−684−8852 and entering the following access code: 1312089. Ordered by Judge Kiyo A. Matsumoto on 5/19/2021. (Rodriguez Armenta, Elena) (Entered: 05/19/2021) |
| 05/21/2021 | 29 | NOTICE of Appearance by Joenni Abreu on behalf of Raizy Felberbaum (aty to be noticed) (Abreu, Joenni) (Entered: 05/21/2021) |
| 06/04/2021 | | Minute Entry for proceedings held before Judge Kiyo A. Matsumoto: Pre Motion Conference held on 6/2/2021. Appearance for Plaintiff: Jonathan Cader, Esq., Joenni Abreu, Esq. Appearance for Defendant: Stephanie Strickler, Esq.<br><br>The Court held a pre−motion conference to discuss the parties' proposed motions for summary judgment. The parties confirmed their intentions to continue with motion practice. Accordingly, the parties will each serve their motions on each other on or before June 24, 2021. The parties will then serve their oppositions, if any, on or before July 15, 2021. The parties will serve their replies, if any, on or before July 29, 2021. On the day that replies are due, the parties will mail hard copies of their respective motions and exhibits to chambers, and shall file both fully briefed motions and exhibits in logical order on ECF. The parties are encouraged to review the E.D.N.Y. Local Rules and chambers' Individual Practices for guidance and requirements |

| | | |
|---|---|---|
| | | regarding motion practice. (Court Reporter Sophie Nolan.) (Rodriguez Armenta, Elena) (Entered: 06/04/2021) |
| 07/29/2021 | 30 | MOTION for Summary Judgment by Mandarich Law Group, LLP. (Attachments: # 1 Memorandum in Support, # 2 Rule 56.1 Statement) (Strickler, Stephanie) (Entered: 07/29/2021) |
| 07/29/2021 | 31 | MEMORANDUM in Opposition re 30 MOTION for Summary Judgment filed by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 07/29/2021) |
| 07/29/2021 | 32 | RESPONSE to Motion re 30 MOTION for Summary Judgment *Statement of Material Facts* filed by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 07/29/2021) |
| 07/29/2021 | 33 | REPLY in Support re 30 MOTION for Summary Judgment filed by Mandarich Law Group, LLP. (Strickler, Stephanie) (Entered: 07/29/2021) |
| 07/29/2021 | 34 | MOTION for Summary Judgment by Raizy Felberbaum. (Attachments: # 1 Memorandum in Support) (Cader, Jonathan) (Entered: 07/29/2021) |
| 07/29/2021 | 35 | MEMORANDUM in Opposition re 34 MOTION for Summary Judgment *filed by Plaintiff on behalf of Defendant* filed by Raizy Felberbaum. (Cader, Jonathan) (Entered: 07/29/2021) |
| 07/29/2021 | 36 | REPLY in Support re 34 MOTION for Summary Judgment filed by Raizy Felberbaum. (Cader, Jonathan) (Entered: 07/29/2021) |
| 10/04/2021 | 37 | NOTICE by Mandarich Law Group, LLP *of Supplemental Authority* (Attachments: # 1 Exhibit A) (Strickler, Stephanie) (Entered: 10/04/2021) |
| 01/27/2022 | 38 | ORDER. For the reasons set forth in the attached Memorandum and Order, 30 Defendant's motion for summary judgment is granted in its entirety. 34 Plaintiff's motion for summary judgment is denied. The Clerk of the Court is respectfully requested to enter judgment in favor of Defendant and close this case. Ordered by Judge Kiyo A. Matsumoto on 1/27/2022. (Ahn, Lois) (Entered: 01/27/2022) |
| 01/31/2022 | 39 | CLERK'S JUDGMENT: ORDERED and ADJUDGED that Defendant's motion for summary judgment is granted in its entirety; that Plaintiff's motion for summary judgment is denied; and that judgment is hereby entered in favor of Defendant. Ordered by Jalitza Poveda, Deputy Clerk on behalf of Douglas C. Palmer, Clerk of Court on 1/31/2022. (Tavarez, Jennifer) Modified on 1/31/2022 (Tavarez, Jennifer). (Entered: 01/31/2022) |
| 02/22/2022 | 40 | BILL OF COSTS by Mandarich Law Group, LLP (Attachments: # 1 Affidavit Costs Affidavit, # 2 Exhibit Exhibit A, # 3 Exhibit Exhibit B) (Strickler, Stephanie) (Entered: 02/22/2022) |
| 03/02/2022 | 41 | NOTICE OF APPEAL as to 39 Clerk's Judgment, by Raizy Felberbaum. Filing fee $ 505, receipt number ANYEDC–15337382. (Sanders, Craig) (Entered: 03/02/2022) |
| 03/02/2022 | | Electronic Index to Record on Appeal sent to US Court of Appeals. 41 Notice of Appeal Documents are available via Pacer. For docket entries without a hyperlink or for documents under seal, contact the court and we'll arrange for the document(s) to be made available to you. (Jones, Vasean) (Entered: 03/02/2022) |